Gregory F. Wilson, Esq. (Nevada Bar No. 2517)
Jeffrey S. Einsohn, Esq. (Nevada Bar No. 13115)
**GREGORY F. WILSON & ASSOCIATES PC**
1495 Ridgeview Drive, Suite 120
Reno, Nevada 89519
Telephone: 775.360.4910
Facsimile: 775.360.4911
Email: gfw@gfwilsonlaw.com
         jse@gfwilsonlaw.com

*Attorneys for Plaintiff Bank of the West*

Michael L. O'Donnell, Esq.
Carolyn J. Fairless, Esq.
**WHEELER TRIGG O'DONNELL LLP**
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: odonnell@wtotrial.com
         fairless@wtotrial.com

*Attorneys for Defendants Holland & Hart, LLP, Jeremy J. Nork and Douglas C. Flowers*

John A. Aberasturi, Esq. (Nevada Bar No. 1692)
**ERICKSON, THORPE & SWAINSTON**
99 West Arroyo St.
Reno, Nevada 89509
Telephone: 775.786.3930
Facsimile: 775.786.4160
Email: jaberasturi@etsreno.com

*Attorneys for Defendants Holland & Hart, LLP, Jeremy J. Nork and Douglas C. Flowers*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOLLAND & HART, LLP, a Colorado limited liability partnership; JEREMY J. NORK and DOUGLAS C. FLOWERS,<br><br>Defendants. | CASE NO. 3:15-cv-00560-MMD-WGC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |


1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bank of the West
2  and Defendants Holland & Hart, LLP, Jeremy J. Nork, and Douglas C. Flowers, by and through
3  their respective undersigned counsel, hereby stipulate to the dismissal, with prejudice, of all
4  claims asserted by the parties in the above-captioned matter, each party to bear his or its own
5  costs and attorney fees.
6  DATED this 27th day of June, 2016

**GREGORY F. WILSON & ASSOCIATES PC**

/s/ Gregory F. Wilson
Gregory F. Wilson, Esq.

*Attorneys for Bank of the West*

**WHEELER TRIGG O'DONNELL LLP**

/s/ Carolyn J. Fairless
Michael L. O'Donnell, Esq.
Carolyn J. Fairless, Esq.

*Attorneys for Defendants Holland & Hart LLP, Jeremy J. Nork and Douglas C. Flowers*

IT IS SO ORDERED.

_____
United States District Judge
DATED: June 27, 2016

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of June 2016, pursuant to Fed. R. Civ. P. 5, I served electronically via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** postage prepaid and addressed to:

| | |
|---|---|
| Michael L. O'Donnell, Esq.<br>Carolyn J. Fairless, Esq.<br>WHEELER TRIGG O'DONNELL LLP<br>370 Seventeenth Street, Suite 4500<br>Denver, Colorado 80202<br>odonnell@wtotrial.com<br>fairless@wtotrial.com | John A. Aberasturi, Esq.<br>ERICKSON, THORPE & SWAINSTON<br>99 West Arroyo St.<br>Reno, Nevada 89509<br>jaberasturi@etsreno.com |
| *Attorneys for Defendants* | *Attorneys for Defendants* |

/s/ Patricia Wilson
Patricia Wilson